ORIGINAL



FEB 2 5 2008

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Cr. No.  01-3393GT |
| v. | ) **ORDER** |
| AYESHA JONES, | ) |
| Defendant. | ) |

    **IT IS ORDERED** that copies of the sealed transcript taken on the hearing on February 13, 2008 be released to both government counsel and defense counsel.

    **IT IS SO ORDERED.**

2-25-08
date

GORDON THOMPSON, JR.
United States District Judge

cc:  All counsel and parties without counsel